UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TAMEKA LOWE, | ) |
| Plaintiff, | ) Case No. |
| v. | ) 3:24-cv-75-TCB |
| CITY OF MANCHESTER, GEORGIA, et al., | ) |
| | ) |

SCHEDULING ORDER

    Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_____

_____

    IT IS SO ORDERED, this 23rd day of July, 2024.

_____
Timothy C. Batten, Sr.
**United States District Judge**